UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23CV-117-GNS

*Electronically Filed*

MATTHEW B. IRVIN          PLAINTIFF

V.       **JOINT REPORT OF PARTIES' PLANNING MEETING**

BOWLING GREEN POLICE DEPARTMENT, et al.          DEFENDANTS

The Plaintiff, Matthew B. Irvin, and Defendants, the Bowling Green Police Department, Chief Michael Delaney, in his Official Capacity and Individually, Captain Johnathan Vickous, in his Official Capacity and Individually, Captain Geoff Gleitz, in his Official Capacity and Individually, and Captain Mike Elliott, in his Official Capacity and Individually, by counsel, have conferred and participated in a Rule 26(f) conference, and agree to the following proposed scheduling plan:

**1. Initial Disclosures.** The parties will exchange the initial disclosures required by Rule 26(a)(1) by **November 2, 2023**.

**2. Discovery Plan.** The parties propose the following discovery plan:

(a)     Plaintiff expert disclosure deadline – **June 3, 2024.**

(b)     Defense expert disclosure deadline – **August 2, 2024**.

(c)     Deadline to move to amend pleadings and join additional parties – **September 9, 2024.**

(d)     Fact discovery deadline – **November 11, 2024**.

(e)     Expert discovery deadline – **January 10, 2025**.

(f)     Deadline to file dispositive motions and *Daubert* motions – **February 10, 2025**.

    **3.**    **Other Items.**

(a)    A pretrial conference can be set in the future.

(b)    No alternative dispute resolution method will expedite settlement at this time.

(c)    The parties do not consent to final adjudication by the Magistrate Judge.

This 27th day of September, 2023.


*/s/  Joseph D. Gaines (with permission)*
Joseph D. Gaines
Gorski Law Office, PSC
161 Saint Matthew Avenue, #7
Louisville, KY 40207
(502) 569-6795
jospehdgaines@gmail.com
*Counsel for Plaintiff*

*/s/  A. Nicholas Naiser (with permission)*
A. Nicholas Naiser
Naiser Law Office
600 West Main Street, Suite 500
Louisville, KY 40202
(502) 584-1210
nick@naiserlaw.com
*Counsel for Plaintiff*

*/s/  Matthew P. Cook*
Matthew P. Cook
Kerrick Bachert PSC
P.O. Box 9547
Bowling Green, KY 42102
(270) 782-8160
mcook@kerricklaw.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    This will certify that a true and exact copy of the foregoing was this 27th day of September, 2023, electronically filed and forwarded via the CM/ECF efiling system and via email to the following:

Joseph D. Gaines
Gorski Law Office, PSC
161 St. Matthews Avenue, Suite 7
Louisville, KY 40207
josephgaineslaw@gmail.com

A. Nicholas Naiser
Naiser Law Office
600 West Main Street, Suite 500
Louisville, KY 40202
nick@naiserlaw.com

                                          */s/ Matthew P. Cook*
                                          Counsel for Defendants