UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-CV-117-GNS

*Electronically Filed*

MATTHEW B. IRVIN                                               PLAINTIFF

V.        **AGREED ORDER REVISING SCHEDULING ORDER DEADLINES**

BOWLING GREEN POLICE DEPARTMENT, et al.             DEFENDANTS

This matter is before the Court by agreement of the Plaintiff, Matthew B. Irvin, and the Defendants, the Bowling Green Police Department, Chief Michael Delaney, in his Official Capacity and Individually, Captain Johnathan Vickous, in his Official Capacity and Individually, Captain Geoff Gleitz, in his Official Capacity and Individually, and Captain Mike Elliott, in his Official Capacity and Individually, as is evidenced by the signatures of their respective counsel below. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED as follows:

The Court's previously entered scheduling order (DN 11) is amended to reflect that the discovery deadline is extended to June 27, 2025, and that the deadline for dispositive motions and/or motions to challenge or exclude expert witnesses (*Daubert* motions) is extended to August 15, 2025.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

October 3, 2024

HAVE SEEN AND AGREE:

<u>/s/  Joseph D. Gaines  (with permission)</u>
Joseph D. Gaines
*Counsel for Plaintiff*

<u>/s/  A. Nicholas Naiser  (with permission)</u>
A. Nicholas Naiser
*Counsel for Plaintiff*

<u>/s/  Matthew P. Cook</u>
Matthew P. Cook
*Counsel for Defendants*


DISTRIBUTION:  All Counsel of Record